IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | : Chapter 11 |
| USA SYNTHETIC FUEL CORPORATION, *et al.*, | : Case No. 15-10599 (MFW) |
| Debtors.[1] | : Jointly Administered |

---

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING[3] ON APRIL 15, 2015 AT 11:30 A.M. (EASTERN TIME)[4]

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

1. Motion Of Debtors For Interim And Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant To 11 U.S.C. § 364, (II) Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 361, 363 And 364, And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001(c) (D.I. 7, Filed 3/17/15).

   Objection Deadline: April 8, 2015 at 4:00 p.m. (ET).

   Responses Received: None.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): USA Synthetic Fuel Corporation (5258); Lima Energy Company (5661); and Cleantech Corporation (6023). The Debtors' address is 312 Walnut Street, Suite 1600, Cincinnati, Ohio 45202.

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware. As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 before the hearing.

[4] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

<u>Related Pleadings</u>:

a) Interim Order (I) Authorizing Debtors To Obtain Postpetition Financing Pursuant To 11 U.S.C. §§ 105, 362, 363, And 364, (II) Granting Liens And Superpriority Claims To Postpetition Lenders Pursuant To 11 U.S.C. §§ 364 And 507, (III) Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363, And (IV) Providing Adequate Protection To Prepetition Secured Lenders Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507 (D.I. 25, Entered 3/19/15);

b) Notice Of Hearing Re: D.I. 7 And 25 (D.I. 31, Filed 3/20/15); **and**

c) **Certification Of Counsel Regarding Revised Proposed Final Order (I) Authorizing Debtors To Obtain Postpetition Financing Pursuant To 11 U.S.C. §§ 105, 362, 363, And 364, (II) Granting Liens And Superpriority Claims To Postpetition Lenders Pursuant To 11 U.S.C. §§ 364 And 507, (III) Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363, And (IV) Providing Adequate Protection To Prepetition Secured Lenders Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507 (D.I. 68, Filed 4/13/15).**

<u>Status</u>:  **The Debtors have filed a proposed Final Order under certification.**

2. Debtors' Motion Pursuant To Sections 105(a), 327, 328, 330, And 363 Of The Bankruptcy Code For An Order Authorizing The Debtors To Employ And Compensate Professionals Utilized In The Ordinary Course Of Business (D.I. 40, Filed 3/27/15).

   <u>Objection Deadline</u>:  April 8, 2015 at 4:00 p.m. (ET).

   <u>Responses Received</u>: None.

   <u>Related Pleadings</u>:

   a) Certification Of Counsel Regarding Revised Proposed Order Pursuant To Sections 105(a), 327, 328, 330, And 363 Of The Bankruptcy Code For An Order Authorizing The Debtors To Employ And Compensate Professionals Utilized In The Ordinary Course Of Business (D.I. 64, Filed 4/13/15); and

   b) Proposed Form Of Order.

   <u>Status</u>:  A revised form of order has been submitted under certification.

3. Debtors' Motion Pursuant To Bankruptcy Code Sections 105(a) And 331, Bankruptcy Rule 2016 And Local Rule 2016-2 For An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (D.I. 41, Filed 3/27/15).

Objection Deadline:  April 8, 2015 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Certification Of Counsel Regarding Revised Proposed Order Pursuant To Bankruptcy Code Sections 105(a) And 331, Bankruptcy Rule 2016 And Local Rule 2016-2 For An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (D.I. 65, Filed 4/13/15); and

b) Proposed Form Of Order.

Status:   A revised form of order has been submitted under certification.

4. Application For Order Authorizing The Retention Of Asgaard Capital LLC As Investment Banker To The Debtors, *Nunc Pro Tunc* To The Petition Date (D.I. 42, Filed 3/27/15).

Objection Deadline:  April 8, 2015 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Certification Of Counsel Regarding Revised Proposed Order Authorizing The Retention Of Asgaard Capital LLC As Investment Banker To The Debtors, *Nunc Pro Tunc* To The Petition Date (D.I. 62, Filed 4/13/15); and

b) Proposed Form Of Order.

Status: A revised form of order has been submitted under certification.

5. Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) To (I) Retain R2B Group, LLC To Provide USASF An Interim Chief Financial Officer And Certain Additional Personnel And (II) Designate Michael Newsom As Interim Chief Financial Officer For USASF *Nunc Pro Tunc* To The Petition Date (D.I. 43, Filed 3/27/15).

Objection Deadline:  April 8, 2015 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

    a)    Certification Of Counsel Regarding Revised Proposed Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) To (I) Retain R2B Group, LLC To Provide USASF An Interim Chief Financial Officer And Certain Additional Personnel And (II) Designate Michael Newsom As Interim Chief Financial Officer For USASF *Nunc Pro Tunc* To The Petition Date (D.I. 63, Filed 4/13/15); and

    b)    Proposed Form Of Order.

Status:  A revised form of order has been filed under certification.

6.    Debtors' Application For Entry Of An Order Under Sections 327(a) And 1107(b) Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Bankruptcy Counsel For The Debtors, *Nunc Pro Tunc* To The Petition Date (D.I. 44, Filed 3/27/15).

Objection Deadline:  April 8, 2015 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

    a)    Certificate Of No Objection Regarding Docket No. 44 (D.I. 61, Filed 4/10/15); and

    b)    Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

## CONTESTED MATTER GOING FORWARD

7.    Debtors' Motion For An Order (I) Approving Procedures In Connection With The Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests, (II) Authorizing The Debtors To Enter Into An Asset Purchase Agreement In Connection Therewith, (III) Authorizing The Payment Of Stalking Horse Protections, (IV) Setting Bid Deadline, Auction (If Needed) And Sale Approval Hearing Dates, (V) Establishing Notice Procedures And Approving Forms Of Notice, And (VI) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases (D.I. 6, Filed 3/17/15).

Objection Deadline:  April 3, 2015 at 4:00 p.m. (ET).

Responses Received:

    a)    Response And Reservation Of Rights Of City Of Lima, Ohio To Debtors' Motion For An Order (I) Approving Procedures In Connection With The

        Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests, (II) Authorizing The Debtors To Enter Into An Asset Purchase Agreement In Connection Therewith, (III) Authorizing The Payment Of Stalking Horse Protections, (IV) Setting Bid Deadline, Auction (If Needed) And Sale Approval Hearing Dates, (V) Establishing Notice Procedures And Approving Forms Of Notice, And (VI) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases (D.I. 54, Filed 4/3/15); and

b)    Objection of Global Energy, Inc. to the Debtors' Motion For An Order (I) Approving Procedures In Connection With The Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests, (II) Authorizing The Debtors To Enter Into An Asset Purchase Agreement In Connection Therewith, (III) Authorizing The Payment Of Stalking Horse Protections, (IV) Setting Bid Deadline, Auction (If Needed) And Sale Approval Hearing Dates, (V) Establishing Notice Procedures And Approving Forms Of Notice, And (VI) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases (D.I. 56, Filed 4/6/15).

<u>Related Pleadings</u>:

a)    Notice Of Hearing Regarding Debtors' Motion For An Order (I) Approving Procedures In Connection With The Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests, (II) Authorizing The Debtors To Enter Into An Asset Purchase Agreement In Connection Therewith, (III) Authorizing The Payment Of Stalking Horse Protections, (IV) Setting Bid Deadline, Auction (If Needed) And Sale Approval Hearing Dates, (V) Establishing Notice Procedures And Approving Forms Of Notice, And (VI) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases (D.I. 30, Filed 3/20/15);

b)    Debtors' Reply In Support Of The Bid Procedures Motion [Docket No. 6] (D.I. 60, Filed 4/10/15); **and**

c)    **Notice Of Filing Of Revised Proposed Order (I) Approving Procedures In Connection With The Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests, (II) Authorizing The Debtors To Enter Into An Asset Purchase Agreement In Connection Therewith, (III) Authorizing The Payment Of Stalking Horse Protections, (IV) Setting Bid Deadline, Auction (If Needed) And Sale Approval Hearing Dates, (V) Establishing Notice Procedures And Approving Forms Of Notice, And (VI) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases (D.I. 67, Filed 4/13/15).**

<u>Status</u>:   The hearing on this matter will go forward.

-6-

Dated: April 14, 2015
     Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     */s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew R. Koch (No. 6048)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE  19899-1347
Telephone:	302-658-9200
Facsimile:	302-658-3989
rdehney@mnat.com
aremming@mnat.com
mkoch@mnat.com

*Proposed Counsel for Debtors
and Debtors in Possession*

9074613.1