# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | USA SYNTHETIC FUEL CORPORATION |
| **Case Number:** | 15-10599-MFW          **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 15, 2015 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Second Day Motions

**R / M #:**   71 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
  Items 1 through 6 - Orders entered under Certifications
  Item 7 - Order due under Certification of Counsel